UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-cv-938-MOC

| | |
|---|---|
| MOSTAFA SAID, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>KRISTI NOEM, in her official capacity as )<br>Secretary of Homeland Security, et al., )<br>)<br>Respondents. ) | ORDER |

**THIS MATTER** comes before the Court on its own motion. Petitioner filed his Second Motion for Temporary Restraining Order on February 3, 2026. (Doc. No. 22). The Court granted Petitioner's motion the following day and required Respondents to respond by February 6, 2026. (Doc. No. 23). Respondents timely filed their response and raised arguments not addressed in Petitioner's original motion. (Doc. No. 25). The Court finds that a reply from Petitioner is needed to fully consider its merits. Therefore, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Petitioner **SHALL RESPOND** to Respondents' brief (Doc. No. 25) by **5 p.m. on Monday, February 9**.

Signed: February 6, 2026

Max O. Cogburn Jr.
United States District Judge