## United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Mostafa Said | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 3:25-cv-00938-MOC |
| | ) | |
| vs. | ) | |
| | ) | |
| Markwayne Mullin, et al | ) | |
| | ) | |
| Respondents | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2026 Order.

July 7, 2026

Katherine Hord Simon, Clerk
United States District Court